# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for use if you want to challenge a state court conviction or a probation/parole revocation proceeding.
If you want to challenge more than one, you must file a separate form for each one.
If you are challenging a prison disciplinary proceeding or a federal conviction, you need a different form.]

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| CRESENCIO ALVAREZ III | 3:23-cv-411 |
| Place of Confinement: ST. JOSEPH COUNTY JAIL | |

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

## CONVICTION AND SENTENCE

1. What State court entered the judgment you are challenging? ST. JOSEPH SUPERIOR COURT(S)
   Criminal case number: A) 71D08-2212-F6-001091  B) 71D03-2002-F6-000222. Did you plead guilty? ☒ Yes. ☐ No.
   Length of sentence: A) 18 MONTHS  B) 30 MONTHS. Date of sentencing: A) 05/29/2023  B) 06/03/2020
   Crime(s) for which you were sentenced: I. INVASION of PRIVACY .. II .. HIGH SPEED CHASE. / DETAINED NOW FOR STALKING / VIA TEXT MESSAGES. I WAS 1500 MILES AWAY.

## PROBATION/PAROLE REVOCATION

2. Are you challenging a probation/parole revocation? ☒ No. ☐ Yes, the revocation hearing was held on: ___/___/___
   by _____ and I was revoked because _____
   _____
   [For a challenge to a revocation proceeding, list only direct appeals, post-conviction relief petitions, and other collateral attacks that were associated with challenging the revocation.]

## DIRECT APPEAL [Do not include post-conviction relief petitions or other collateral attacks in this section.]

3. Did you directly appeal to the Court of Appeals of Indiana? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: ___/___/___
   Did you seek transfer to the Indiana Supreme Court? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: ___/___/___
   Did you petition for certiorari to the United States Supreme Court? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: ___/___/___

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## FIRST POST-CONVICTION RELIEF PETITION

4. Did you file a post-conviction relief petition in State court? ☒ No. ☐ Yes, case number: _____
   Name of court: _____. Date of filing: __/__/____
   Result: _____. Date of result: __/__/____
   Did you appeal to the Court of Appeals of Indiana? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: __/__/____
   Did you seek transfer to the Indiana Supreme Court? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: __/__/____

## OTHER COLLATERAL ATTACKS

5. Other than the cases listed above, have you filed anything else in <u>State</u> court challenging this conviction or revocation?
   ☒ No. ☐ Yes, I filed: _____. Case number: _____
   Name of court: _____. Date of filing: __/__/____
   Result: _____. Date of result: __/__/____
   Did you appeal to the Court of Appeals of Indiana? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: __/__/____
   Did you appeal to the Indiana Supreme Court? ☒ No. ☐ Yes, case number: _____
   Result: _____. Date of result: __/__/____

6. Have you challenged this conviction or revocation in <u>federal</u> court? ☒ No. ☐ Yes, case number: _____
   Name of court: _____. Result: _____

7. Have you challenged this conviction or revocation in any other case or appeal? ☒ No. ☐ Yes. [Attach an additional sheet listing the nature of the proceeding, court, case number, file date, judgment date, and result.]

**FILING FEE** [*The fee for filing this habeas corpus petition is $5.00.*]

8. Are you paying the $5.00 filing fee?
   ☐ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ☐ Yes, the money will be paid for me by _____.
   ☒ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.
CAUTION:
<u>If you do not present every ground in this petition, you may be barred from doing so later</u>.]

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND ONE:** [Briefly describe your claim.] IMPROPER INVESTIGATION RESULTING IN NEW CHARGE.

**Supporting Facts:** [Do not argue or cite law. Just state the specific facts that support your claim.]
CHARGES PERTAINING TO CAUSE NUMBER 71D08-2212-F6-001091 COULD HAVE BEEN PREVENTED IF STATE WOULD HAVE EXHAUSTED ANY OR ALL REMEDIES. IF STATE WOULD HAVE INVESTIGATED PROPERLY, STATE COULD HAVE CONTACTED PETETIONER (CRESENCIO ALVAREZ III) AND COULD HAVE APPOINTED A DEPISTION TO GET ALLEGATIONS ON A FACTUAL BAISES INSTEAD OF A FAULTY BAISES. STATE COULD HAVE APPOINTED LOCAL LAW ENFORCEMENT TO INVESTIGATE THE MATTER IN A PROFESSIONAL TIMELY MANNER.

Did you present Ground One to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ⊗ No - Explain why not.

**GROUND TWO:** [Briefly describe your claim.] ASSASINATION OF CHARACTER USING PAST CONVICTION TO SUPPORT NEW CAUSE.

**Supporting Facts:** [Do not argue or cite law. Just state the specific facts that support your claim.]
STATE USED PAST CONVICTION'S THAT WERE EXECUTED AND SERVED THAT TOOK ON FULL RESPOSIBILITY, TO SUPPORT NEW CAUSE. A CONVICTION THAT WAS FULLY SERVED AND DEEMED COMPLETE. PETITIONER FELT THAT COUNCIL AND STATE WERE IN CAHOOTS IN SETTING AN OUTSTANDING BONDS AND PLEA ARRANGMENT. SEEING HIGHER LEVEL OFFENCES HAVE LOWER BOND RATE. [LEVEL 3's, 4's, AND 5's]

Did you present Ground Two to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ⊗ No - Explain why not.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE:** [Briefly describe your claim.] Medical Negligence

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

For action of suit petitioner was medically incarcerated with Covid 19, in the year 2021, and was hospitalized due to negligence by the St. Joseph County Jail, Medical staff and staff. Petitioner was transported to Memorial Hospital due to malpractice and severity of the Covid 19 virus which developed into Pneumonia in the year 2021 and concerning current incarceration petitioner was denied proper treatment concerning inhaler.

Did you present Ground Three to the Indiana Supreme Court? ○ Yes - Explain when and how. ⊗ No - Explain why not.

**GROUND FOUR:** [Briefly describe your claim.] Pain and suffering due to ongoing medical conditions and denial of information

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

Petitioner on going breathing conditions caused pain and suffering between the month(s) of December 12, 2022 and through April 2, 2023 when petitioner was finally called to down to medical to evaluate breathing condition in current incarceration. Petitioner exhausted all remedies to try and resolve medical condition. Stating Grievence process, Inmate Request is not effective in the St. Joseph County Jail. Jail violated Freedom Information Act and Human Rights by withholding information from petitioner

Did you present Ground Four to the Indiana Supreme Court? ○ Yes - Explain when and how. ⊗ No - Explain why not.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## TIMELINESS OF PETITION

> The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides that:
> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
>   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
>   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9. Explain why this petition is timely under the provisions of 28 U.S.C. § 2244(d).

As I truely and deeply feel concerning with my heart, mind, body & soul as each time that officer(s) put handcuff(s) upon my wrist; my life is in jeopardy. As I loss my entire life, I'm threatened, assualted, intimidated as well as imediately losing my entire life, love, liberty as well as freedom, "forced around enemies & true felones" based on lies!" Truely concerning always being forced by the law enforcement (or) feds to be held guilty without proper cause. Unable to afford my innocencee, 2ch is being filed pursuant to case number 71D08-2212-F6-001091 and binding case number 71D03-2002-F6-000222 which go hand in hand with medical negligance and malpractice seeking relief.

## RELIEF

I ask for the following relief: Seeking releif from custody of St. Joseph County Jail, Allowances for damage in U.S. Currency (money) U.S. Dollars, Worldwide Monetary Resource or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on __5__/__5__/20__23__ at __9:30__ am/pm.
   [Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true.

X _____                              X 67002#
Signature                                                     Prisoner Number
   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]