UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CRESENCIO ALVAREZ III, | |
| Petitioner, | |
| v. | CAUSE NO. 3:23-CV-411-RLM-MGG |
| SHERIFF, | |
| Respondent. | |

## ORDER

Cresencio Alvarez III, a prisoner without a lawyer, was granted until August 21, 2023, to file an amended petition or to file a voluntary motion to dismiss based on the court's finding that he had filed a mixed petition. ECF 8. He was cautioned that, if he did not respond by that deadline, this case would be dismissed without further notice. That date has passed, but Mr. Alvarez has not responded. In sum, it appears that Mr. Alvarez has abandoned this case.

For these reasons, the court DISMISSES this case without prejudice.

SO ORDERED on August 31, 2023

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT