# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CRESENCIO ALVAREZ, III

       PETITIONER

  v.

Civil Action No. 3:23-cv-411

SHERIFF
*St. Joseph County Jail*

       RESPONDENT

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: Petitioner Cresencio Alvarez, III Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller Jr. as to Petition for Writ of Habeas Corpus.

DATE: 9/1/2023                          CHANDA J. BERTA, CLERK OF COURT

                                                  by   s/ S.Jarrell _____
                                                    *Signature of Clerk or Deputy Clerk*